USCA1 Opinion

 

 December 21, 1994 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 94-1595 GERTRUDE A. GOROD, Plaintiff, Appellant, v. NATIONAL ASSOCIATION OF GOVERNMENT EMPLOYEES, ET AL., Defendants, Appellees. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS [Hon. Edward F. Harrington, U.S. District Judge] ___________________ ____________________ Before Cyr, Circuit Judge, _____________ Bownes, Senior Circuit Judge, ____________________ and Stahl, Circuit Judge. _____________ ____________________ Gertrude Gorod on brief pro se. ______________ Joseph L. DeLorey on brief for appellees. _________________ ____________________ ____________________ Per Curiam. Pro se plaintiff Gertrude Gorod has sued __________ ___ __ her former union, the National Association of Government Employees (NAGE) and its president, Kenneth Lyons, alleging that they intentionally discriminated against her on the basis of her age, sex, and religion in violation of Title VII of the Civil Rights Act of 1964 and the Age Discrimination in Employment Act, 29 U.S.C. 621 et seq. We have thoroughly reviewed the record and the parties' briefs on appeal and are persuaded that the district court's analysis is correct. Accordingly, the judgment of the district court is affirmed. ________ See Local Rule 27.1. ___